**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**



ENTERED
01/23/2017

In Re:   Enrique Jorge Rosas, Jr.                    Case No.: 16–70408

       Debtor                                         Chapter:  13

**ORDER**
**CONFIRMING CHAPTER 13 PLAIN**
**& VALUING COLLATERAL PURSUANT TO 11 U.S.C. §506**

1. The Court has considered confirmation of the Debtor(s)' chapter 13 plan that was proposed on 1/10/17.

2. All objections to the plan have been withdrawn or overruled.

3. The Court has determined that the plan meets all of the requirements of 11 U.S.C. §1325.

4. Notwithstanding any estimate of the amount of a general or priority unsecured claim contained in the plan or in an order of the Court, the actual amount payable on priority claims will be the Allowed Amount of the priority claim, and the actual proration for distribution on general unsecured claims will be based on the actual Allowed Amounts of general unsecured claims.

5. If any proof of claim is filed that results in less than a 100% payment to holders of general unsecured claims, the Debtor(s) shall, within 14 days of the later of the claims bar date or the date such proof of claim is filed, (i) modify the plan to provide for a 100% payment to holders of general unsecured claims; or (ii) file an objection to any proof of claim that the Debtor(s) believes is improper under 11 U.S.C. §502 or other applicable law. If the resolution of any such objection results in less than a 100% payment to holders of general unsecured claims, the Debtor(s) shall, within 14 days of such resolution, modify the plan to provide for a 100% payment to holders of general unsecured claims.

6. The value of the collateral for secured claims is in the amount set forth in the plan.

7. The plan is confirmed.

Signed and Entered on Docket: 1/23/17

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge